1 RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
2 CHLOE QUAIL, State Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
3 369 Pine Street, Suite 800
San Francisco, CA 94104
4 Tel. (415) 677-9440
Fax (415) 677-9445
5 Email: rgrosboll@neyhartlaw.com
blunch@neyhartlaw.com
6 cquail@neyhartlaw.com

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **(San Francisco Division)**

| | |
|---|---|
| 11 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES PULVER and PATRICIA ANN PULVER, husband and wife d/b/a JLP LOW VOLTAGE,<br><br>Defendants. | Case No. CV-11-3171-EMC<br><br>**[~~PRO~~POSED] CONTINGENT ORDER OF DISMISSAL** |

[PROPOSED] ORDER:

The parties hereto having advised the Court that they have agreed to a settlement of this action; IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided, however, that if any party hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its counsel that the agreed consideration for the settlement has not been delivered over, or that Defendant has otherwise failed to meet its obligations under the settlement, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar. Plaintiffs may then insert the appropriate amount owed and seek Entry of Judgment against Defendant for the remaining amounts owed. Judgment will then be entered forthwith.

IT IS SO ORDERED.

Dated: 12/22/11

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On December 20, 2011, I served the within:

**[PROPOSED] CONTINGENT ORDER OF DISMISSAL**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

J L P LOW VOLTAGE
940 KENILWORTH COURT
WALNUT CREEK, CA 94596

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 20, 2011, at San Francisco, California.

    /s/ Chloe Quail
    Chloe Quail
    Attorney for Plaintiffs

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-3-