RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
CHLOE QUAIL, State Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:   rgrosboll@neyhartlaw.com
            blunch@neyhartlaw.com
            cquail@neyhartlaw.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>RICHARD CHARLES PULVER and PATRICIA ANN PULVER, husband and wife d/b/a JLP LOW VOLTAGE,<br><br>                    Defendants. | Case No.   CV-11-3171-EMC<br><br>**[PROPOSED] CONTINGENT ORDER OF DISMISSAL** |

1

[PROPOSED] ORDER:

2

3        The parties hereto having advised the Court that they have agreed to a settlement of this

action; IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided,

4

however, that if any party hereto shall certify to this Court, with proof of service of copy thereon

5

on the Defendant or its counsel that the agreed consideration for the settlement has not been

6

delivered over, or that Defendant has otherwise failed to meet its obligations under the settlement,

7

the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the

8

calendar. Plaintiffs may then insert the appropriate amount owed and seek Entry of Judgment

9

against Defendant for the remaining amounts owed. Judgment will then be entered forthwith.

10

11   IT IS SO ORDERED.

12

13   Dated: ___ 12/22/11 _____



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE BY MAIL</u>

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 369 Pine Street, Suite 800, San Francisco, California 94104.  On December 20, 2011, I served the within:

**[PROPOSED] CONTINGENT ORDER OF DISMISSAL**

on the parties in said cause following our business practice, with which I am readily familiar.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

J L P LOW VOLTAGE
940 KENILWORTH COURT
WALNUT CREEK, CA 94596

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 20, 2011, at San Francisco, California.


_____/s/ Chloe Quail_____
Chloe Quail
Attorney for Plaintiffs